(No. 1495— )

M. S. COLEMAN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

M. S. COLEMAN, pro se.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

Now on this 9th day of May, A. D. 1929, in open court the court sustained the demurrer filed by the Attorney General herein. The case is, therefore, dismissed on the ground that this claimant has received his full wage as provided for in the Civil Administrative Code of the State of Illinois.